Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| This Document Relates to: | |
|---|---|
| *Dean Fowler v. Pfizer Inc, et al.* (07-3286 CRB) | **MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| *Orlando Archunde v. Pfizer Inc, et al.* (07-3337 CRB) | |
| *Carroll Stith, et al. v. Pfizer Inc, et al.* (07-3338 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Jessie Johnston v. Pfizer Inc, et al.* (07-3548 CRB) | |
| *Verna Weese, et al. v. Pfizer Inc, et al.* (07-3910 CRB) | |
| *Renee Klepps, et al. v. Pfizer Inc, et al.* (07-4153 CRB) | |
| *Karen James v. Pfizer Inc, et al.* (07-4740 CRB) | |
| *Patricia D. Smith, et al. v. Pfizer Inc, et al.* (07-4741 CRB) | |
| *Emma-Ling Francis v. Pfizer Inc, et al.* (07-4742 CRB) | |
| *Homer Swift, et al. v. Pfizer Inc, et al.* (07-4743 CRB) | |
| *Louise Kreft, et al. v. Pfizer Inc, et al.* | |

-1-

| | |
|---|---|
| (07-4744 CRB) | )<br>) |
| *Joseph Fernald v. Pfizer Inc, et al.*<br>(07-4745 CRB) | )<br>)<br>) |
| *Scott Cruver v. Pfizer Inc, et al.*<br>(07-5000 CRB) | )<br>)<br>) |
| *Nancy Cattanach v. Pfizer Inc, et al.*<br>(07-5001 CRB) | )<br>)<br>) |
| *Sarah Fredricks, et al. v. Pfizer Inc, et al.*<br>(07-5002 CRB) | )<br>)<br>) |
| *Georgia McNeal v. Pfizer Inc, et al.*<br>(08-4024 CRB) | )<br>)<br>) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10-29, 2009      By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009      By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

-2-

1  PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

2

3  Dated: **NOV 1 3 2009**

4  Hon. Charles R. Breyer
   United States District Court

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE